E. Michael Ruberti, Attorney at Law, St. Simons Is, GA, for Plaintiff-Appellant.

Melissa S. Mundell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Defendant–Appellee.

Before EDMONDSON, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Paul H. Magalski appeals from an order of the district court granting summary judgment in favor of his employer, the Department of Homeland Security (DHS). Magalski filed suit against DHS, arguing that an Administrative Judge erred in finding that his demotion was supported by substantial evidence and in concluding that his retaliation claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e–3(a), failed as a matter of law. The district court concluded that the misconduct charges upon which DHS based Magalski's demotion were, in fact, supported by substantial evidence, and that Magalski could not establish a *prima facie* case of retaliation. Magalski appeals these determinations.[1]

After a *de novo* review of the record[2] and the parties' briefs, and with the benefit of oral argument, we affirm the judgment of the district court for the reasons set forth in its thorough order dated September 29, 2010.

**Johnny Ward PUTNAM, Plaintiff–Appellant,**

v.

**BAYER A.G., et al., Defendants,**

**Bayer Corporation, Defendant–Appellee.**

No. 11–12999.

United States Court of Appeals, Eleventh Circuit.

April 24, 2012.

John T. Givens, Patrick Cash Malouf, Timothy W. Porter, Porter & Malouf, Jackson, MS, for Plaintiff-Appellant.

---

Patricia E. Lowry, Amy Bloom, Barbara Bolton Litten, Squire Sanders & Dempsey (US), LLP, West Palm Bch, FL, Steven E. Derringer, Bartlit Beck Herman Palenchar & Scott, LLP, Eugene Schoon, Sidley Austin, LLP, Chicago, IL, William F. Goodman, C. Alleen Mclain, Watkins & Eager, Jackson, MS, Rebecca K. Wood, Sidley Austin, LLP, Washington, DC, for Defendants.

Before HULL and COX, Circuit Judges, and BOWEN,* District Judge.

PER CURIAM:

After review and oral argument before this Court, we conclude that Plaintiff–Appellant Johnny Ward Putnam has shown no reversible error in the district court's order, dated 27 May 2011, granting summary judgment in favor of Defendant–Appellee Bayer Corporation on all of Putnam's claims, based on Mississippi's statutes of limitation.

The district court did not err in finding that, as a matter of law, Putnam failed to show that the relevant Mississippi limitation periods were tolled based on theories of fraudulent concealment and/or discovery of latent injury.

**AFFIRMED.**

---

* The Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.